People v Sequeros (2025 NY Slip Op 04493)

People v Sequeros

2025 NY Slip Op 04493

Decided on July 30, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on July 30, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

BETSY BARROS, J.P.
ANGELA G. IANNACCI
JANICE A. TAYLOR
LOURDES M. VENTURA, JJ.

2016-00021
 (Ind. No. 111/15)

[*1]The People of the State of New York, respondent,
v
Mario Sequeros, appellant.

Mario Sequeros, Stormville, NY, appellant pro se.
Eric Gonzalez, District Attorney, Brooklyn, NY (Leonard Joblove and Keith Dolan of counsel), for respondent.

DECISION & ORDER
Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated July 29, 2020 (People v Sequeros, 185 AD3d 1061), determining an appeal from a judgment of the Supreme Court, Kings County, rendered December 9, 2015.
ORDERED that the application is denied.
The appellant has failed to establish that he was denied the effective assistance of appellate counsel (see Jones v Barnes, 463 US 745; People v Stultz, 2 NY3d 277).
BARROS, J.P., IANNACCI, TAYLOR and VENTURA, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court